v. Gus Luckes.  Isaac Dinein v. Samuel Colcord.  Jerome S. Luneschloss v. J. Weinberg.  Irwin Merkel v. William J. Murray.— Motions to dismiss appeals granted unless appellants comply with conditions stated in orders.

The People of the State of New York v. Antony Mareno.  The People of the State of New York v. Morris Berkowitz.— Motions granted.

Asa Witkov v. Ephraim Drucker.  In the Matter of Arthur Avenue.  Liborio Lombardo v. Firemen's Insurance Company.  Amy W. Frank v. William Carter (2 cases).  Nathan Eichner v. Brooklyn Heights Railroad Company.— Appeals dismissed, with ten dollars costs in each case.

Maurice Baumfeld v. Milica Blitz.— Motion denied.

In the Matter of Rebecca Ladew.— Motion denied.

John Fiesel v. White Sewing Machine Company.— Motion granted.

Thomas Gavin v. New York Contracting Company.— Motion denied, with ten dollars costs.

William D. Tyndall v. Pinelawn Cemetery.— Motion granted; question certified.

Lillian S. Croft v. Rockville Centre Company.— Motion denied, with ten dollars costs.

John D. Park & Sons Company v. Charles Hubbard and Others.— Motion granted.  Settle order on notice.

In the Matter of Ely J. Rieser.— Motion denied.  Settle order on notice.

In the Matter of George Moeser.— Motion granted.  See memorandum.  Settle order on notice.

Bella Wooding v. William B. Thom.— Motion granted, on payment of ten dollars costs.  Settle order on notice.

In the Matter of Grade Damage Commission.  (In the Matter of Oatis.  In the Matter of Gray.  In the Matter of Astor.  In the Matter of De Vinne.  In the Matter of Morrison.  In the Matter of Geisler.  In the Matter of Gainsborg).— Motions for extension granted.  Settle orders on notice.

In the Matter of Joseph A. Flannery.— Reference ordered.  Memorandum per curiam.  Settle order on notice.

In the Matter of Julia M. Curtiss.— Application denied.  Settle order on notice.

In the Matter of the Application of Celine S. Hollins, as Executrix, etc., of Frank C. Hollins, Deceased, Respondent, for an Order Directing James H. Hickey, an Attorney, Appellant, to Deliver over Certain Papers.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  (Clarke, J., dissenting.)

The People of the State of New York ex rel. Oscar Stern, Relator, v. Patrick F. McGowan, President of the Board of Aldermen of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs.  No opinion.  Settle order on notice.

Henry Schwerdtle, as Administrator, etc., of Henry Schwerdtle, Jr., Deceased, Respondent, v. W. E. Pruden Hardware Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  (Scott, J., dissenting.)

Herman Weissberger and Edward Spiegel, Appellants, v. Karl M. Wallach, Respondent.— Judgment affirmed, with costs.  No opinion.